IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | |
| v. | ) | No. 2:08-CR-16 |
| | ) ) | |
| GARY MOORE | ) ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the "Joint Motion to Continue Trial" filed by the government and the defendant [doc. 191]. Defendant and defense counsel need additional time in order to effectively prepare for trial.

The court finds that the joint motion is well taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court finds that the failure to grant the motion would deny counsel for the defendant the reasonable time necessary for effective preparation. 18 U.S.C. § 3161 (h)(7)(B)(iv). The joint motion requires a delay in the proceedings; therefore, all the time from the filing of the joint motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, it is hereby **ORDERED** that the "Joint Motion to Continue Trial" is **GRANTED**, and this criminal case is **CONTINUED** to Monday, **January 24, 2011, at 9:00 a.m.** The new plea cutoff date is January 14, 2011.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge